UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DIANE E. BAKER**
     Plaintiff(s),

    vs.

**BARCLAYS BANK DELAWARE;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
AND TRANSUNION, LLC ;**
     Defendant(s).
_____/

**CASE NO.: 2:24-cv-00736**
**JUDGE:**

## NOTICE OF SETTLEMENT

Plaintiff, **DIANE E. BAKER**, and the Defendant, **BARCLAYS BANK DELAWARE**, respectfully notify this Court that the Plaintiff and Defendant have settled the claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate pleadings with the Court. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted on February 25, 2026

By /s/ Jonathan M. Bierfeld
Jonathan M. Bierfeld, Esq.
Florida Bar No. 68237
jonathan.bierfeld@martinlawfirm.com
MARTIN LAW FIRM, P.L.
3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
Telephone: (239) 443-1094

*Attorneys for Plaintiff*
*Diane E. Baker*

By /s/ Brandon T.  White
Brandon T. White, Esq.
Florida Bar No. 106792
brandon.white@hklaw.com
Taariq M. Lewis
Florida Bar No. 1031385
taariq.lewis@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 33000
Miami, FL 33131
Telephone: (305) 37408500

*Attorneys for Barclays Bank Delaware*

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by electronic transmission to all parties registered to receive same with the ECF system on this 24th day of February 25, 2026.

MARTIN LAW FIRM, P.L.,
By /s/ Jonathan M. Bierfeld
    Jonathan M. Bierfeld
    Florida Bar Number 68237

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)
jonathan.bierfeld@martinlawfirm.com

*Attorneys for Plaintiff*

2